CA 08 99S

**DEPARTMENT OF VETERANS AFFAIRS**
**Office of Regional Counsel (02), Room 246**
**Providence VA Medical Center**
**830 Chalkstone Ave.**
**Providence, RI 02908**
**TEL: 401-457-3350**
**FAX: 401-457-3352**

March 26, 2007

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Russell Sumner Corkum
71 Northwood Ave.
West Springfield, MA 01089

Re: Federal Administrative Tort Claim – Russell Sumner Corkum
Amount Claimed: $9,000,000.00

Dear Mr. Corkum:

As follow up to my letter to you dated March 6, 2007, please be advised that Dr. Thomas Ng, the surgeon that you list in your March 5, 2007-dated claim form as allegedly being negligent in the performance of your March 14, 2005, sympathectomy surgery, is not an employee of the Department of Veterans Affairs/United States. Dr. Ng is and was an independent contractor for the relevant time period alleged in your claim. Under the Federal Tort Claims Act, the Department of Veterans Affairs/United States is not liable for any alleged negligence involving an independent contractor.

My office will be reviewing your claim as to care involving only those persons who were VA employees at the time of the incident claimed.

If you have any questions regarding this letter, please call me at (401) 457-3350 or write to me at the address noted in my letterhead.

Sincerely,

LISA M. SHAMIRIAN
VA Attorney

EXHIBIT A