AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-9-08 |
| NAME OF SERVER *(PRINT)* BRIAN Schulze | TITLE R.I. Deputy Sheriff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Office

Name of person with whom the summons and complaint were left: Helen Rock

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/9/08
Date

[signature] #100
Signature of Server

670 New London Ave
Cranston, R.I. 02920
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.