LUBIN & MEYER PC
ATTORNEYS AT LAW

ANDREW C. MEYER, JR.
ROBERT M. HIGGINS
♦ KRYSIA J. SYSKA
♦ SUZANNE C. M. MCDONOUGH
•♦ WILLIAM J. THOMPSON
• ADAM R. SATIN
• MARK B. COLLIER
KRISTEN A. JOHNSON
♦ NICHOLAS D. CAPPIELLO
♦ BENJAMIN R. NOVOTNY
MARIA L. MAZUR

♦ ALSO ADMITTED IN NEW HAMPSHIRE
• ALSO ADMITTED IN RHODE ISLAND

DONALD M. LUBIN
(1945-1990)

100 CITY HALL PLAZA
BOSTON, MASSACHUSETTS 02108
617.720.4447
617.720.1229 fax

www.lubinandmeyer.com

July 24, 2008

United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

**Re: Russell S. Corkum**
**Vs: Thomas Ng, M.D.**
**United States District Court, C.A. No.: 08-99-S**

Dear Sir or Ms.:

Enclosed for filing and docketing in the above-referenced matter, please find the following:

1. Affidavit of Service of Process via Long Arm Statute (original Green Card attached); and
2. Original Summons.

Thank you for your attention to this matter.

Very truly yours,

/s/ William J. Thompson
William J. Thompson

WJT/km
Enclosures
[6702]