UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO.: 08-99S

RUSSELL SUMNER CORKUM,
Plaintiff,

V.

THOMAS NG, M.D.,
Defendant.

**AFFIDAVIT OF SERVICE OF PROCESS VIA LONG ARM STATUTE**

I, Andrew C. Meyer, Jr., hereby certify that on July 16, 2008, I served a copy of the following documents:

1. Summons; and
2. Amended Complaint,

on the defendant Thomas Ng, M.D., 2 Dudley Street, Providence, Rhode Island 02905, by mailing a true copy of the same, certified mail, return receipt requested, pursuant to R.I. G.L. 9-5-33 (a). Attached is the original return receipt (Green Card) which notes that service was made on July 18, 2008.

/s/ William J. Thompson
William J. Thompson