AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

RUSSELL S. CORKUM

V.

THOMAS NG, M.D.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 08 99S

TO: (Name and address of Defendant)

Thomas Ng, M.D.
2 Dudley Street
Providence, Rhode Island 02905

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Russell S. Corkum
71 Northwood Avenue
West Springfield, MA 01089

Plaintiff's Attorney:
William J. Thompson, Esquire
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/14/08

Wendy Siele

(By) DEPUTY CLERK