UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

18 JUL 2008 PM 5 T

• Print your name, address and ZIP+4 below •

Kristine Manuel

LUBIN & MEYER PC
100 CITY HALL PLAZA 4TH FL
BOSTON MA 02108-2106

re: Coekum