2. Article Number

7160 3901 9842 5423 1599

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Thomas Ng, M.D.
2 Dudley St. Suite 470
Providence, RI 02905

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Wenny Kopka

B. Date of Delivery 7-18-08

C. Signature x Wenny Kopka

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2003 Domestic Return Receipt