UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RUSSELL SUMNER CORKUM

v. C.A. No.: 08 99 S

THOMAS NG, M.D.

## ENTRY OF APPEARANCE

Alan R. Tate, Esquire, and Christy B. Durant, Esquire, hereby enter their appearances on behalf of defendant, Thomas Ng, M.D.

Defendant Thomas Ng, M.D.
By his attorneys,

TATE LAW GROUP

/s/ Alan R. Tate, Esquire

Alan R. Tate, Esquire #1647
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

/s/ Christy B. Durant, Esquire

Christy B. Durant, Esquire #7128
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

## CERTIFICATION

I hereby certify that a true and accurate copy of the within was electronically filed via CM/ECF on this 28th day of July 2008, to the following:

William J. Thompson, Esquire
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

/s/ Deborah A. Ralph

3998.eoa