**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**RUSSELL SUMNER CORKUM**

**v.** **C.A. No.: 08 99 S**

**THOMAS NG, M.D.**

**DEFENDANT, THOMAS NG, M.D.'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR DOCUMENT PRODUCTION**

Now comes the Defendant, Thomas Ng, M.D., pursuant to Fed.R.Civ.P. 37, and hereby moves this Honorable Court for an Order compelling the Plaintiff, Russell Sumner Corkum, to provide answers to Defendant's Interrogatories and response to Request for Document Production. In support of this motion, the Defendant states that the Interrogatories and Request for Document Production were propounded to Plaintiff on July 29, 2008. To date, the Plaintiff has failed to respond or object.

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to court intervention.

WHEREFORE, Defendant respectfully requests that his Motion be granted.

Defendant Thomas Ng, M.D.
By his attorneys,

TATE LAW GROUP

/s/ Christy B. Durant, Esquire

Alan R. Tate, Esquire #1647
Christy B. Durant, Esquire #7128
321 South Main Street, Suite 300
Providence, RI 02903
(401) 421-7400

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within was served upon counsel of record below on this 17th day of September 2008, by electronic filing of this document with the US District Court of the District of Rhode Island and by regular mail, postage prepaid:

William J. Thompson, Esquire
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

/s/ Jennifer F. LoBello

3998.mtc